Eugene J. Flood, Appellant, v. The Chelsea Realty Company and Others, Defendants, Impleaded with James Butler, Respondent.—Judgment affirmed, with costs. No opinion.

Prosper R. Ferrari, Appellant, v. Mary A. Racey, as Executrix, etc., of Robert H. Racey, Deceased, Respondent.— Judgment and order affirmed, with costs. Laughlin and Clarke, JJ., dissented. No opinion.

Annie F. Kiesow, as Administratrix, etc., of William H. Kiesow, Deceased, Respondent, v. New York City Railway Company and New York Mail Company, Appellants.— Judgment and order affirmed, with costs. Ingraham, J., dissenting as to New York Mail Company. No opinion. Settle order on notice.

Charles Fring, Appellant, v. The City of New York, Respondent.— Judgment and order affirmed, with costs. No opinion.

Aaron Bieber v. Philip Rosengarten.— Motion denied.

The People of the State of New York v. Samuel Genovese.— Motion granted.

The People of the State of New York v. Josef Ferro.— Motion granted.

The People of the State of New York v. Samuel Getzoff.— Motion granted.

The People of the State of New York v. Samuel Miller.— Motion granted.

The People of the State of New York v. Louis Bow.— Motion granted.

The People of the State of New York v. David Dainer.— Motion granted.

The People of the State of New York v. Katherine Poillon.— Motion granted.

The People of the State of New York v. Charlotte Poillon.— Motion granted.

The People of the State of New York v. Adeline Verasano.— Motion granted.

Thomas F. Duffy v. George B. McClellan.— Motion granted, with ten dollars costs.

Thomas Farrell v. The City of New York.— Motion granted, with ten dollars costs.

Philip Guterman v. John P. Corrigan.— Motion granted, with ten dollars costs.

Clara Jones v. The City of New York.— Motion granted, with ten dollars costs.